## SECOND DEPARTMENT, MARCH, 1974

### (March 15, 1974)

In the Matter of THOMAS TURNER et al., Petitioners, v. NARCOTIC ADDICTION CONTROL COMMISSION et al., Respondents.— Proceeding pursuant to article 78 of the CPLR to compel the respondents to return the petitioners to the custody of NACC to permit them to complete their "narcotic sentence." Application denied, proceeding dismissed without costs, on the merits. Gulotta, P. J., Hopkins, Martuscello, Brennan and Benjamin, JJ., concur.

## SECOND DEPARTMENT, MAY, 1974

### (May 8, 1974)

In the Matter of LORETTA LLOYD, Petitioner, v. COUNTY COURT OF NASSAU COUNTY et al., Respondents.— Proceeding pursuant to article 78 of the CPLR to prohibit respondents from proceeding with a certain criminal action against her in the County Court, Nassau County, under indictment No. 34827. Application denied and proceeding dismissed, without costs. Gulotta, P. J., Hopkins, Martuscello, Brennan and Munder, JJ., concur.

### (May 20, 1974)

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. ALBERT SPINELLI, Respondent.— On the court's own motion, its decision and order both dated June 25, 1973, are amended to show that the reversal of the order of the County Court, Rockland County, dated February 1, 1973 is "on the law" and not "on the law and the facts". The majority opinion is amended accordingly. Gulotta, P. J., Hopkins, Shapiro, Christ and Munder, JJ., concur. [42 A D 2d 64.]

## FIRST DEPARTMENT, AUGUST, 1974

### (August 8, 1974)

GOLDA PATRON v. IRVING PATRON.— Cross motion granted only to the extent of directing the clerk of the Supreme Court, New York County, to delete from the judgment appealed from the incorrect trial date of January 26, 1972 and to substitute in lieu thereof the correct date of February 25, 1972. The cross motion, insofar as it seeks clarification, is denied since this court's order of October 5, 1972 clearly provides for appeal on the original record and the request appears barred by laches. Concur — McGivern, P. J., Nunez, Kupferman, Murphy and Tilzer, JJ.